MINUTES OF PROCEEDINGS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Date:            3/12/2020
Judge:           James S. Gwin
Case No.:        1:19-cr-02105
Court Reporter:  None

| | |
|---|---|
| MICHAEL THREAT, ET AL., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF CLEVELAND, ET AL., | ) |
| | ) |
| Defendant. | ) |

MATTERS CONSIDERED: Case Management Conference Held.

TOTAL TIME: 30 minutes                s/     Kayla Sartschev
                                      Courtroom Deputy Clerk